# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 10, 2007

133980

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
  Plaintiff-Appellee,

v

MARK ANTHONY REED,
  Defendant-Appellant.

SC: 133980
COA: 277091
Wayne CC: 89-011434-01

_____/

On order of the Court, the application for leave to appeal the April 5, 2007 order of the Court of Appeals is considered, and it is DENIED, because the defendant's motion for relief from judgment is prohibited by MCR 6.502(G).



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 10, 2007

Clerk

s0830